02-12-527-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00527-CV

 

 


 
 
 In re Robert Richard Taylor II
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION ON REHEARING[1]

                                                       ------------

          After
considering Relator’s motion for rehearing and the State’s response, we deny
the motion, but we withdraw our January 4, 2013 opinion and substitute the
following.  See Padieu v. Court of Appeals of Tex., Fifth Dist., No.
AP-76,727, 2013 WL 85372, at *2 (Tex. Crim. App. Jan. 9, 2013).

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that the petition should be denied. Accordingly, relator’s petition for
writ of mandamus is denied.  See Tex. R. App. P. 42.3(a), 43.2(f).

 

 

PER
CURIAM

 

PANEL:
WALKER, DAUPHINOT, and MCCOY, JJ.

 

DELIVERED: 
February 28, 2013









          [1]See
Tex. R. App. P. 47.4, 52.8(d).